**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-2196**

———————————

ELAINE M. FOSTER,

Plaintiff - Appellant,

versus

COLUMBIA GAS TRANSMISSION CORPORATION,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, District Judge.  (CA-00-76-1)

———————————

Submitted:  November 9, 2000      Decided:  November 17, 2000

———————————

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Elaine M. Foster, Appellant Pro Se.  Amy Marie Smith, STEPTOE & JOHNSON, Clarksburg, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elaine M. Foster appeals from the district court's order granting Defendant's motion to dismiss Foster's claim of unconstitutional deprivation of property. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Foster v. Columbia Gas Transmission Corp., No. CA-00-76-1 (N.D.W. Va. Aug. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED